# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00757-CV

**Donald Knepp and Andrea Knepp, Appellants**

**v.**

**KRAK Investments, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### NO. 13-0777-C, HONORABLE ROBERT UPDEGROVE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We dismiss this appeal as moot. On November 13, 2013, the trial court rendered judgment in the underlying cause. On November 14, 2013, appellants filed their notice of appeal. On February 6, 2014, appellants filed a motion to dismiss the appeal and asserted that the appeal is moot because the trial court granted both appellants and appellee a new trial by an agreed order signed on December 6, 2013. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed: February 14, 2014